NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| IBEW LOCAL 269 HEALTH & WELFARE FUND, *et. al.*, <br><br> Plaintiffs, <br> v. <br><br> OLIVER COMMUNICATIONS GROUP, INC., <br><br> Defendant. | Civil No. 18-12494 (RBK/JS) <br><br> **ORDER** |

**KUGLER**, United States District Judge:

 **THIS MATTER** is before the Court on Plaintiffs' motion for default judgment (Doc. No. 6); and

 **THE COURT NOTING** that under Local Civil Rule 7.1(d)(1), "[n]o application will be heard" unless the movant files "a brief, prepared in accordance with L. Civ. R. 7.2," or, if the movant believes that no brief is necessary, the movant may file "a statement that no brief is necessary and the reasons therefor" under Local Civil Rule 7.1(d)(4); and

 **THE COURT NOTING** that here, Plaintiffs did not file a brief or a statement that no brief is necessary; and

 **THE COURT NOTING** that courts routinely deny motions for default judgment that do not comply with this rule, *see, e.g.*, *Marlboro Twp. Bd. of Educ. v. M.V.*, No. 17-cv-6319, 2018 WL 4110953, at *2 (D.N.J. Aug. 29, 2018) ("[T]he Court denied without prejudice Plaintiffs motion for default judgment based on its noncompliance with Local Civil Rule 7.1(d)(1), which requires that a movant submit a brief."); *Sharon v. Chery*, No. 15-cv-7130, 2016 WL 11325770,

at *1 (D.N.J. Nov. 22, 2016) (denying without prejudice motion for default judgment when movant failed to abide by Local Civil Rule 7.1(d) and filed only a notice of motion, proposed order, and affidavit); *Developers Sur. & Indem., Co. v. NDK Gen. Contractors, Inc.*, No. 06-cv-0086, 2007 WL 542381, at *2 (D.N.J. Feb. 15, 2007) ("Because Plaintiff's application does not meet the requirements of Local Civil Rule 7.1(d)(1), the Court will not hear Plaintiff's application. Accordingly, Plaintiff's motion for default judgment is denied."); and

**IT IS HEREBY ORDERED** that Plaintiffs' motion for default judgment is **DENIED, WITHOUT PREJUDICE**; Plaintiffs may file a renewed motion for default judgment that complies with the Local Rules on or before May 9, 2019.

Dated: 4/18/2019 /s Robert B. Kugler
ROBERT B. KUGLER
United States District Judge