NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| IBEW LOCAL 269 HEALTH & WELFARE FUND, et al., | : : : : | Civil No. 18-12494 (RBK/JS) |
| Plaintiffs, | : : |  |
| v. | : | **ORDER** |
| OLIVER COMMUNICATIONS GROUP, Inc. | : : : |  |
| Defendant. | : : |  |

**KUGLER**, United States District Judge:

    **THIS MATTER** comes before the Court on Plaintiffs Motion for Default Judgment (Doc. No. 16) and Defendant's Cross-Motion to Vacate Entry of Default and for Leave to File And Answer (Doc. No. 20); and the Court having considered the moving papers and responses thereto; and for the reasons set forth in the accompanying Opinion of this date; and

    **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Default Judgment is **DENIED** and Defendant's Cross-Motion is **GRANTED**; the Clerk of Court shall vacate the entry of default against Defendant; and Defendant has leave to file an Answer on or before November 1, 2019.

Dated:  10/18/2019                                                   s/ Robert B. Kugler
                                                                                                       ROBERT B. KUGLER
                                                                                                      United States District Judge